

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00884-CR

**EX PARTE** Thomas A. **PENA**,

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12630-W1
Honorable Lorina I. Rummel, Judge Presiding

# O R D E R

This matter concerns an accelerated appeal from an order denying appellant's application for writ of habeas corpus pursuant to article 11.072, which was signed on November 12, 2014. On January 5, 2015, counsel for appellant filed an "Advisory to Court and Request for Guidance." In that document, counsel stated that after notice of appeal was filed, the trial court rendered an order withdrawing its November 12, 2014 order denying the application. The trial court also ordered the matter transferred to the magistrate court for review of appellant's application. According to appellant, the trial court took this action because of concerns regarding a potential conflict of interest given the trial judge's service as prosecutor in the same trial court. The order withdrawing the prior order and transferring the matter to the magistrate court was signed on December 15, 2014.

It appears to this court that the December 15, 2014 order is void because it was signed outside the trial court's plenary power. As set out above, the trial court signed its original order denying the habeas application on November 12, 2014. Accordingly, it appears that order became final, and the trial court's plenary power expired, thirty days later, i.e., on December 12, 2014. Thus, it appears the trial court lost jurisdiction over this matter on December 12, 2014. The order withdrawing the November 12, 2014 order was signed December 15, 2014, seemingly after the trial court lost jurisdiction. If the trial court lost jurisdiction on December 12, 2014, as it appears, its order withdrawing the November 12, 2014 order and transferring the matter to the magistrate court for review is void.

Accordingly, we **ORDER** the trial court, appellant, and/or the State to show cause why this court should not retain the appeal on this court's docket as an appeal from the November 12, 2014 order. We **ORDER** that any response to this order must be filed with this court on or before **January 19, 2015**. If no adequate response is filed, this court will retain the appeal on our docket as an appeal from the November 12, 2014 order, and all briefing should be directed to that order. Appellant's brief in the appeal from the November 12, 2014 order is currently due January 20, 2014. We suggest appellant's counsel filed a motion to extend time to file the brief if necessary given the foregoing order.

We **order** the clerk of this court to serve a copy of this order on the trial court, the magistrate court, and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court

